SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00408-MO** |
| v. | **MOTION TO DISMISS INFORMATION WITHOUT** |
| **CHRISTIAN BURKE,** | **PREJUDICE** |
| **Defendant.** | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of

the Federal Rules of Criminal Procedure, for an order dismissing without prejudice the

Information filed on August 31, 2020, charging defendant with Assault on a Federal Officer.

The government seeks this dismissal in the interest of justice.

Dated: March 15, 2022                                 Respectfully submitted,


                                                      SCOTT ERIK ASPHAUG
                                                      United States Attorney

                                                      /s/ Parakram Singh
                                                      PARAKRAM SINGH, OSB #134871
                                                      Assistant United States Attorney


**Motion to Dismiss Information**                                                      **Page 1**